# United States District Court
## Western District of North Carolina
### Statesville Division

| | | |
|---|---|---|
| WILLIAM ERNEST TUCKER, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:13-CV-00033-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| BRAD PERRITT, | ) | |
| SUPERINTENDENT, | | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 22, 2013, Order.

March 22, 2013

*Frank G. John*

Frank G. Johns, Clerk
United States District Court